## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| PLAINTIFFS, | ) MDL No.: 2873 |
| | ) |
| **Plaintiffs**, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) |
| **3M COMPANY f/k/a Minnesota** | ) Master Docket No.: 2:18-mn-2873 |
| **Mining and Manufacturing Company;** | ) |
| **AGC CHEMICALS AMERICAS INC.;** | ) |
| **AMEREX CORPORATION;** | ) JUDGE RICHARD GERGEL |
| **ARKEMA INC.; ARCHROMA U.S.** | ) |
| **INC.; BASF CORPORATION;** | ) |
| **BUCKEYE FIRE EQUIPMENT** | ) DIRECT FILED SHORT FORM |
| **COMPANY; CARRIER GLOBAL** | ) COMPLAINT AND JURY DEMAND |
| **CORPORATION; CHEMDESIGN** | ) PURSUANT TO CASE MANAGEMENT |
| **PRODUCTS, INC;** | ) ORDER NO. 35 |
| **CHEMGUARD, INC.; CLARIANT** | ) |
| **CORPORATION; CORTEVA, INC.;** | ) |
| **DEEPWATER CHEMICALS, INC.;** | ) |
| **DUPONT DE NEMOURS INC., f/k/a** | ) |
| **DOWDUPONT, INC.; DYNAX** | ) |
| **CORPORATION; E.I. DUPONT DE** | ) |
| **NEMOURS AND COMPANY,** | ) |
| **individually and as successor in interest** | ) |
| **to DuPont Chemical Solutions** | ) |
| **Enterprise; NATIONAL FOAM, INC.;** | ) |
| **THE CHEMOURS COMPANY,** | ) |
| **individually and as successor in interest** | ) |
| **to DuPont Chemical Solutions** | ) |
| **Enterprise; THE CHEMOURS** | ) |
| **COMPANY FC, LLC, individually and** | ) |
| **as successor in interest to DuPont** | ) |
| **Chemical Solutions Enterprise; TYCO** | ) |
| **FIRE PRODUCTS L.P.; UTC FIRE &** | ) |
| **SECURITY AMERICAS** | ) |
| **CORPORATION, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**Plaintiffs**

1.       Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and

Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result

of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional

distress, mental anguish, economic injuries, and personal injuries as described below.

2.       Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.       Plaintiffs bring suit against the following defendants (list all defendants being

named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 |  |

## Jurisdiction and Venue

4.     Plaintiff alleges jurisdiction base on:

a.   _ _  Diversity

b.   ___  Federal Question

c.   _X_  The "Mass Action" provisions of the Class Action Fairness Act

("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

d.   ___  Other: _____

5.     Plaintiffs designate the District Courts indicated on Exhibit A as the "Home

Venue" defined as the proper venues of origin where the claim(s) could have otherwise been

brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6.     Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

a.   Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

b.   Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

c.   Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.     Plaintiffs allege one or more of the following personal injuries as described in

Exhibit A:

      a.  Kidney Cancer

      b.  Testicular Cancer

      c.  Thyroid Disease

      d.  Ulcerative Colitis

      e.  Liver Cancer

      f.  Thyroid Cancer

8.     Plaintiffs have not described or alleged secondary injuries, damages, or sequela of

the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries,

damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9.     The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by

reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff

on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

          Count I – Defective Design

          Count II – Failure to Warn

          Count III – Negligence

          Count IV – Negligence Per Se

          Count V – Trespass and Battery

          Count VI – Strict Product Liability

          Count VII – Market Share Liability, Alternative Liability, Concert of Action, and
                    Enterprise Liability

          Count VIII – Concealment, Misrepresentation, and Fraud

          Count IX – Conspiracy

          Count X – Wrongful Death

Count XI – Loss of Consortium

<u>Other Causes of Action:</u>

Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10.     Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025                              Respectfully submitted,

                                                                    Mark M. Abramowitz
                                                                    Michael P. Trexler
                                                                    **DiCELLO LEVITT LLP**
                                                                    8160 Norton Parkway, Third Floor
                                                                    Mentor, Ohio 44060
                                                                    (440) 953-8888
                                                                    mabramowitz@dicellolevitt.com
                                                                    mtrexler@ dicellolevitt.com

                                                                    ***Counsel for Plaintiffs***

| # | Plaintiff Name (If injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶5) | Direct Exposure to AFFF (per ¶6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number (per ¶9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Robert De La Rosa | 7/5/1953 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Robert Demchak | 4/1/1976 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3 | Robert Edward Cumming | 8/21/1942 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Robert Frank Granville | 9/5/1947 | Michigan | Eastern District of Michigan | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Robert Gene Bruce | 12/3/1952 | Oklahoma | Northern District of Oklahoma | Yes | Yes | No | Testicular Cancer, Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Robert Gilbert Marzan | 6/10/1957 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Robert Hall | 6/22/1949 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Robert Harold Johnson | 6/1/1972 | Texas | Eastern District of Texas | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Daunet Johnson | | | | | | | | XI |
| 10 | Robert Henderson | 11/15/1945 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Robert Hernandez | 5/20/1969 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Robert Irbin Kaneiss | 9/26/1973 | Wisconsin | Eastern District of Wisconsin | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Robert Jacobsen | 9/17/1971 | Florida | Northern District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Robert Jay Arifes | 5/17/1975 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Robert L. Harris | 12/4/1947 | North Carolina | Eastern District of North Carolina | Yes | No | No | Liver Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Robert Luke Campbell | 7/14/1956 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | Robert Payne | 9/18/1955 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Robert Rios | 8/17/1955 | Indiana | Northern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Robert Wilson | 7/19/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | Robin Gutmann | 8/11/1945 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Roger Ballow | 11/19/1938 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Roger Mejia | 11/13/1969 | Texas | Northern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Lorrana Mejia | | | | | | | | XI |
| 24 | Roger Murphis | 9/17/1957 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25 | Roger Smith | 8/17/1952 | Indiana | Northern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Deborah Kay Smith | | | | | | | | XI |
| 27 | Roger Williams | 9/16/1973 | New Jersey | District of New Jersey | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Ronnie Lee Brown | 9/8/1948 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29 | Ronald Haynes | 10/17/1954 | Ohio | Northern District of Ohio | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Ronald Howard | 12/4/1964 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31 | Teri Howard | | | | | | | | XI |
| 32 | Ronald Jones | 12/29/1955 | Oklahoma | Eastern District of Oklahoma | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Ronnie F Thomjson Jr | 10/7/1970 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Elisa Thomjson | | | | | | | | XI |
| 35 | Rosendo Lopez | 5/19/1950 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Dora Lopez | | | | | | | | XI |
| 37 | Roy Arthur Miller | 3/22/1955 | Missouri | Western District of Missouri | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Roy Billings | 10/6/1952 | Alabama | Northern District of Alabama | Yes | Yes | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Barbara Billings | | | | | | | | XI |
| 40 | Roy M. Shoemaker | 5/14/1961 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41 | Roy Moore | 10/5/1959 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Rudy Hernandez | 4/11/1972 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Gisela Hernandez | | | | | | | | XI |
| 44 | Rusty Thomas | 7/12/1983 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Ryan Legge | 5/13/1978 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Amy Legge | | | | | | | | XI |
| 47 | R von Varvarovsky | 6/21/1979 | Texas | Western District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Saad M Fayed | 7/31/1979 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Lisa Fayed | | | | | | | | XI |
| 50 | Salomon Garcia | 4/8/1971 | Texas | Southern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | | Disease | Provisions |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Samantha Uden | 1/6/1982 | Arizona | District of Arizona | Yes | No | No | Thyroid Cancer | I, II, IV, V, VI, VII, VIII, IX, XII |
| 52 | Sammy Ragsdale | 7/18/1954 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Samuel Codono | 4/26/1979 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Samuel King, Sr. | 6/10/1948 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Scott Coulter | 9/10/1971 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Angela Coulter | | | | | | | | XI |
| 57 | Scott Miller | 8/30/1958 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VII, VIII, IX, XII |
| 58 | Kimberly Miller | | | | | | | | XI |
| 59 | Severin Brink-Forrest | 8/25/1986 | New York | Northern District of New York | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Shannon Revit | 5/22/1968 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | Mike Revit | | | | | | | | XI |
| 62 | Sharon Melon | 4/21/1962 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Shawn Ford | 11/21/1968 | Kentucky | Western District of Kentucky | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Shawn G. Siegel | 9/16/1969 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Shawna Kelly McCrobie | 7/18/1969 | Tennessee | Middle District of Tennessee | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Shiloh Scheuer | 6/3/1983 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Simon Stoelcr Vanderpvool | 4/7/1945 | Michigan | Eastern District of Michigan | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Siobhan Alice McGehee | 4/13/1983 | Massachusetts | District of Massachusetts | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Stanley Jagodzinski Jr | 1/13/1969 | New York | Northern District of New York | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Stephen Beck | 2/28/1980 | Iowa | Northern District of Iowa | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Stephen Dutton | 3/4/1988 | Georgia | Northern District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Stephen Jarvis | 1/17/1964 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Stephen Palmer | 11/1/1969 | Florida | Northern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Stevan Karanovich | 1/5/1966 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Steve Dillenbeck | 9/9/1962 | Florida | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Majalis Dillenbeck | | | | | | | | XI |
| 77 | Steven Mathew Ardolf | 5/8/1963 | Minnesota | District of Minnesota | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Steven McCormick | 10/11/1965 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Annie McCormick | | | | | | | | XI |
| 80 | Steven McDowell | 9/21/1977 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Steven Owen Shanahis | 11/19/1961 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Marcia Shanks | | | | | | | | XI |
| 83 | Steven Sherlock | 3/26/1953 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Steven Stearman | 9/6/1976 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Felicia Stearman | | | | | | | | XI |
| 86 | Stormy Brooke Waldron | 4/22/1975 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Susan Hammond | 12/29/1951 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Sylonia Brown | 7/9/1954 | North Carolina | Western District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Peyton Brown | | | | | | | | XI |
| 90 | Tami Carroll | 8/18/1964 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Tamica Darlean Maria Foster | 2/23/1978 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | Roddick Foster Jr. | | | | | | | | XI |
| 93 | Ted Juergen Green | 2/9/1967 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Terri Medill | 11/15/1961 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Terry Adams | 4/24/1963 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Bettina Adams | | | | | | | | XI |
| 97 | Terry Peterson | 11/19/1967 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Theodore Argilan | 8/31/1973 | Ohio | Southern District of Ohio | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Theodore Arthur Artis | 12/31/1958 | North Carolina | Eastern District of North Carolina | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Theresa Cavett | 3/10/1985 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Thomas Archer | 9/26/1975 | Illinois | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Thomas Bergy | 7/25/1960 | Michigan | Western District of Michigan | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Thomas Buncak | 2/19/1959 | Florida | Northern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Thomas Campbell | 9/29/1964 | Florida | Northern District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Thomas Cullen Whitton | 6/27/1964 | Alabama | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Thomas Griffith | 5/1/1960 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Thomas Lester Strozoon Jr | 11/7/1952 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Thomas Meredith | 3/19/1961 | Kentucky | Western District of Kentucky | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109 | Thomas Peterson | 3/15/1966 | Wisconsin | Western District of Wisconsin | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | Date | State | District | | | | Condition | Claims |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Kathleen Peterson | | | | | | | | XI |
| 111 | Thomas Stevens | 8/6/1949 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | Thomas Walsh | 7/22/1958 | New York | Western District of New York | Yes | No | No | Kidney Cancer, Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Debra Walsh | | | | | | | | XI |
| 114 | Thomas Wesley Welliver | 3/16/1969 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Tia Turner | 12/24/1979 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Tim Moehlman | 6/15/1961 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Timothy Allen Harrell | 6/29/1985 | Virginia | Western District of Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118 | Timothy Evans | 9/7/1957 | Oregon | District of Oregon | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Timothy Fields Jr. | 3/22/1969 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120 | Timothy Gillespie | 12/29/1962 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Timothy Hall | 9/1/1965 | Florida | Southern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122 | Linda Hall | | | | | | | | XI |
| 123 | Timothy House | 12/31/1961 | Ohio | Northern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Timothy Murray | 10/6/1967 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125 | Timothy Ritchavey | 4/28/1980 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | Bridget Ritchavey | | | | | | | | XI |
| 127 | Timothy Stokes | 3/31/1955 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | Timothy Stublaski | 5/5/1972 | Oklahoma | Western District of Oklahoma | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129 | April Stublaski | | | | | | | | XI |
| 130 | Todd Nichols | 12/28/1968 | Florida | Southern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131 | Todd Shall | 4/15/1961 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Tommy Riley | 6/26/1962 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133 | Travis L Monnot | 11/22/1969 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134 | Trea Anthony Bret Fontenot | 8/6/1993 | Oklahoma | Western District of Oklahoma | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135 | Trinidad Chaya Cerda | 3/12/1954 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136 | Deborah Cerda | | | | | | | | XI |
| 137 | Tresina Kelly | 9/22/1984 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138 | Richard Kelly | | | | | | | | XI |
| 139 | Ty Hamblin | 5/23/1970 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140 | Deanna Hamblin | | | | | | | | XI |
| 141 | Tye Vautour | 9/17/1997 | Louisiana | Western District of Louisiana | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VII, VIII, IX, XII |
| 142 | Tyrone Eugene Martin | 4/2/1959 | Kentucky | Western District of Kentucky | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143 | Tyrone Reed | 12/30/1955 | Ohio | Northern District of Ohio | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144 | Lisa Reed | | | | | | | | XI |
| 145 | Tyrone Zibell | 8/21/1984 | Washington | Eastern District of Washington | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146 | Valeana Taylor | 11/17/1971 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147 | Victor Lawrence Scott | 10/26/1978 | Alabama | Northern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148 | Victor R. Mendoza | 5/6/1956 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149 | Bertha Maricela Mendoza | | | | | | | | XI |
| 150 | Victor Ray Mitchell | 5/31/1958 | Michigan | Western District of Michigan | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |